## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Alfred Esposito, | : | CIVIL NO. 3:22cv621-MPS |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| City of Norwalk, et al. | : | December 8, 2023 |
| *Defendants*. | : | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the parties hereby stipulate that this matter may be dismissed with prejudice and without an award of costs to either party. Accordingly, the security for costs in the amount of $500.00, *see* ECF No. 13 et seq., deposited by the plaintiff may be returned to the plaintiff's counsel.

| | |
|---|---|
| PLAINTIFF,<br>Alfred Esposito<br>**Alexander T. Taubes, Esq.**<br>470 James Street<br>Suite 700<br>New Haven, CT 06513<br>Federal Bar No. ct30100<br>alextt@gmail.com | DEFENDANTS,<br>City of Norwalk, et al.<br><br><br>**M. Jeffry Spahr**<br>Corporation Counsel's Office<br>125 East Ave., PO Box 798<br>Norwalk, CT 06856-0798<br>203-854-7750<br>Fax: 203-854-7901<br>Email: jspahr@norwalkct.org<br><br>**Richard J. Buturla**<br>Berchem Moses P.C.<br>75 Broad St.<br>Milford, CT 06460<br>203-783-1200<br>Fax: 203-878-4912<br>Email: rbuturla@berchemmoses.com |